IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-30 |
| v. | |
| $130,806.03 IN U.S. CURRENCY FUNDS SEIZED FROM PAYPAL ACCOUNT ENDING IN 7374, | |
| Defendant. | |

**DEFAULT JUDGMENT AND DECREE
OF FORFEITURE AND ORDER FOR DELIVERY**

Plaintiff, the United States of America, has moved this Court, pursuant to Federal Rule of Civil Procedure 55, for entry of a Default Judgment and Decree of Forfeiture and Order for Delivery against the defendant $130,806.03 in U.S. currency seized from PayPal account ending in 7374 (hereinafter, the "Defendant Property").

Plaintiff has shown that there was reasonable cause to restrain the Defendant Property; that the Verified Complaint for Forfeiture *in Rem* and Amended Verified Complaint *in Rem* were filed pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C) on the grounds that the Defendant Property is subject to forfeiture to the United States, as property traceable to and/or derived from proceeds of bank fraud in violation of 18 U.S.C. § 1344, and property involved in money laundering in violation of 18 U.S.C. §§ 1956 and/or 1957. On or about August 4, 2022, the Clerk of Court entered a Default. (Doc. 13).

No person with standing is before the Court with cause to show why judgment by default should not be granted to the United States and against the Defendant Property. Furthermore, no

person with standing is before the Court to object to the United States' Motion for Default Judgment and Decree of Forfeiture and Order for Delivery.

Therefore, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1. The United States' Motion for Default Judgment and Decree of Forfeiture and Order for Delivery is **GRANTED**;

2. The Defendant Property is hereby forfeited to the United States, and all right, title and interest to the Defendant Property is vested in the United States;

3. All persons and entities are forever barred from asserting a claim against the Defendant Property;

4. The U.S. Marshals Service and any other duly authorized law enforcement agency shall make arrangements to dispose of the Defendant Property according to law and regulatory procedures; and

5. The Clerk is hereby directed to enter judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure upon the same terms and condition as outlined in this Default Judgment and Decree of Forfeiture and Order for Delivery.

**SO ORDERED**, this 19th day of December, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA